**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 11-1551**

PENNY JOHNSON,

　　　　　　　　Plaintiff – Appellant,

　　　　v.

LAW OFFICES OF SHAPIRO & BRUNSON, LLP,

　　　　　　　　Defendant – Appellee,

　　　　and

GMAC MORTGAGE LLC; USAA FEDERAL SAVINGS BANK,

　　　　　　　　Defendants.

Appeal from the United States District Court for the District of Maryland, at Greenbelt.　Alexander Williams, Jr., District Judge. (8:10-cv-00880-AW)

Submitted:　September 13, 2011　　Decided:　September 15, 2011

Before AGEE and DAVIS, Circuit Judges.[*]

Dismissed by unpublished per curiam opinion.

------

　　　[*] This opinion is filed by a quorum of the panel pursuant to 28 U.S.C. § 46(d).

Penny Johnson, Appellant Pro Se. Michael Anthony Coogen, Jr., SHAPIRO & BURSON, Fairfax, Virginia; Eric Frechtel, BRADLEY ARANT BOULT CUMMINGS LLP, Washington, D.C., for Appellees.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Penny Johnson seeks to appeal the district court's order granting certain Defendants' motion to dismiss. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2006), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2006); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541, 545-46 (1949). The order Johnson seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED